UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

     Plaintiff,

 v.

BERNARD WARNER, et al.,

     Defendants.

CASE NO. C18-5236 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

   This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge, Dkt. 33, and Plaintiff Jason Lee Sutton's ("Sutton") objections to the R&R, Dkt. 39.

   On July 27, 2018, Judge Creatura issued the R&R recommending that the Court deny Sutton's motion for preliminary injunction because he has failed to show that he is in danger of imminent, irreparable harm. Dkt. 33. On August 11, 2018, Sutton filed objections. Dkt 39. Sutton asserts that all of his property has been shipped to his new institution, but requests an order enjoining Defendants from requiring inmates to pay for the shipping fees incurred in shipping personal property between institutions. *Id.* at 2, 10.

1 | The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Sutton fails to identify any error in the R&R. Although Sutton contests the fees incurred by inmates in shipping personal property between institutions, he fails to show that he is in danger of imminent, irreparable harm. Such a showing is required to obtain preliminary injunctive relief. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). By failing to establish this element, Sutton fails to show that he is entitled to relief. Therefore, the Court having considered the R&R, Sutton's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Sutton's motion for preliminary injunction, Dkt. 23, is **DENIED**.

Dated this 4th day of October, 2018.

BENJAMIN H. SETTLE
United States District Judge