UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE SUTTON, | CASE NO. C18-5236 BHS-JRC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| BERNARD WARNER et al., | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 42. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion for court ordered relief, Dkt. 35, is **DENIED**.

Dated this 15th day of October, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER