# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JASON LEE SUTTON,

        Plaintiff,

v.

BERNARD WARNER, et al.,

        Defendants.

CASE NO. C18-5236 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 48. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's motion for voluntary dismissal, Dkt. 46, is **GRANTED**;

(3)     Defendants' motion for summary judgment, Dkt. 27, is **DENIED as moot**;

(4)     Plaintiff's action is **DISMISSED with prejudice**; and

(5) Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal.

Dated this 23rd day of January, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge